# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TYRICE HILL, | : | Case No. 2:22-cv-03742 |
| Plaintiff, | : | Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| ANNETTE CHAMBERS-SMITH, | : | |
| Defendant. | : | |

# ORDER

The Clerk of Court is **DIRECTED** to terminate the following as defendants on the docket: Lindsay Navarre, George Karl, and Vallie Bowman-English. The Court dismissed all the claims against these individuals on May 23, 2024. (*See* Doc. No. 40.) The Clerk is further **DIRECTED** to list the short title of this case as Hill v. Chambers-Smith.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge