# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| TYRICE HILL, | : | Case No. 2:22-cv-03742 |
| Plaintiff, | : | |
| | : | Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| ANNETTE CHAMBERS-SMITH, | : | |
| | : | |
| Defendant. | : | |

## ORDER CONCERNING MAIL FROM THIS COURT

Plaintiff, a prisoner in the custody of the Ohio Department of Rehabilitation and Correction ("ODRC"), is pursuing litigation in this Court. With respect to the Court's mail to Plaintiff, the undersigned United States Magistrate Judge hereby **ORDERS** the ODRC and its employees and staff to adhere to Paragraph 24 of the Stipulated Order Regarding Legal Mail from Federal Courts. *See Allah v. Chambers-Smith*, Case No. 2:22-cv-00021-EAS-KAJ (S.D. Ohio, June 25, 2024). That is, they "shall consider and treat all mail sent from federal courts to [Plaintiff] as legal mail, whether or not the mail has a control number, and said mail sent from federal courts shall be processed and handled as legal mail under ODRC Policy No. 75-MAL-03." *Id.*

The Clerk of Court is **DIRECTED** to serve this Order on the Mailroom Supervisor of the institution where Plaintiff is confined.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge