## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TYRICE HILL, | : | Case No. 2:22-cv-03742 |
| | : | |
| Plaintiff, | : | Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| ANNETTE CHAMBERS-SMITH, | : | |
| | : | |
| Defendant. | : | |

## NOTICE TO *PRO SE* PLAINTIFF OF DISPOSITIVE MOTION

You are hereby notified that the Court granted Defendant leave to file a motion for summary judgment *instanter* on February 6, 2025. (Doc. No. 67). Defendant's Motion was filed on the docket the next day. (Doc. No. 70.) Your Motion for Summary Judgment is also pending. (Doc. No. 50.)

Defendant's Motion asks the Court to immediately resolve the case in her favor without the need for a trial. You should soon receive a copy of that Motion directly from Defendant. **You must file your Response to Defendant's Motion for Summary Judgment no later than <u>March 10, 2025.</u>** If circumstances beyond your control, such as delays in the prison mail system, prevent you from meeting the filing deadline, you must **IMMEDIATELY** file a brief motion explaining the circumstances and requesting an extension of time. **If you do not file a timely response, the Court may grant Defendant's Motion and dismiss your case.**

You are **REMINDED** that your Response and all other filings in this case must include a certificate confirming that they have been served on all parties in the case. Please review and become familiar with the Federal Rules of Civil Procedure, the Court's Local Rules, and A Guide for Pro Se Civil Litigants: Representing Yourself in the United States District Court for the Southern District of Ohio. These materials are available on the Court's website (https://www.ohsd.uscourts.gov/pro-se).

You are also **REMINDED** that you must keep this Court informed of your current address while this case is pending, and promptly file a Notice of New Address if you are released or transferred. If you do not, you may miss deadlines, and the Court may dismiss the case for failure to prosecute.

         */s/ Caroline H. Gentry*
         Caroline H. Gentry
         United States Magistrate Judge